IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **$22,000.00 IN UNITED STATES CURRENCY,** | ) | 8:10-cv-00034-LSC-FG3 |
| | ) | |
| **Defendant,** | ) | **ORDER** |
| | ) | |
| **JERRY CATO, II,** | ) | |
| | ) | |
| **Claimant.** | ) | |

The claimant retained substitute counsel, who entered his appearance in open court on August 27, 2010, at the time previously reserved for the final pretrial conference. Counsel have advised the court that they are available for trial the week of November 9, 2010.

**IT IS ORDERED:**

1. The final pretrial conference is continued to **Thursday, October 14, 2010 at 10:30 a.m.** in the chambers of the undersigned, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2 and shall deliver or transmit to the undersigned a draft pretrial order no later than the close of business on **Friday, October 8, 2010.** By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin immediately thereafter.

2. Trial (nonjury) is continued to **Tuesday, November 9, 2010**, before District Judge Laurie Smith Camp. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

**DATED September 1, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**