**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CV34** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **$22,000.00 in United States Currency,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to amend the Court's Findings of Fact and Conclusions of Law (Filing No. 55).

The motion will be granted, and Amended Findings of Fact and Conclusions will be filed, changing the word "alert" to "indication" on page 8, line 3.

IT IS ORDERED that the government's motion to amend the Court's Findings of Fact and Conclusions of Law (Filing No. 55) is granted.

DATED this 23rd day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge